No. 194. DAN BARTONCINI *v.* UNITED STATES. Error to the District Court of the United States for the Northern District of California. Motion to dismiss or advance submitted October 4, 1926. Decided October 11, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195. *Solicitor General Mitchell* for the United States, in support

of the motion. *Mr. Ernest B. D. Spagnoli* for plaintiff in error, in opposition thereto.